Form 3A
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re  __Diane Williams_____

Debtor(s)

Case No. _06 - 70072_

Chapter  __13__

# APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.  In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $__189.00__ in installments.

2.  I am unable to pay the filing fee except in installments.

3.  Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4.  I propose the following terms for the payment of the Filing Fee.*

$_____47.25___ Check one    ■  With the filing of the petition, or
                              ☐  On or before  _____

$_____47.25___ on or before  _____

$_____47.25___ on or before  _____

$_____47.25___ on or before  _____

*  The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.  I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date  ___1/23/06___

_____
Attorney for Debtor(s)
**WILLIAM L. BALSLEY**
**BALSLEY & DAHLBERG, LLP**
**5130 N. 2nd St.**
**Loves Park, IL 61111**
**815-877-2593**
**Fax: 815-877-7965**

Signature  _____
**Diane Williams**
Debtor