# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DIANE WILLIAMS  
1252 S. WALNUT AVENUE  SSN-xxx-xx-4309  
FREEPORT, IL  61032

Case Number: 06-70072

Case filed on: 1/23/2006  
Plan Confirmed on: 4/7/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,762.50     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 141.75 | 141.75 | 141.75 | 0.00 |
|  | Total Administration | 141.75 | 141.75 | 141.75 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
|  | Total Legal | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
| 998 | DIANE WILLIAMS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | HEIGHTS FINANCE | 2,500.00 | 2,500.00 | 1,644.57 | 256.45 |
|  | Total Secured | 2,500.00 | 2,500.00 | 1,644.57 | 256.45 |
| 001 | HEIGHTS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | AERO GROUP, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ASSOCIATED COLLECTORS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BUREAU OF ACCOUNT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COLUMBIA HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | INPHONIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MONORE CLINIC HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROCKFORD MERCANTILE AGENCY INC | 2,488.01 | 2,488.01 | 0.00 | 0.00 |
| 012 | CREDITORS BANKRUPTCY SERVICE | 366.87 | 366.87 | 0.00 | 0.00 |
| 013 | SUNRISE CREDIT SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | T-MOBILE | 340.00 | 340.00 | 0.00 | 0.00 |
| 015 | TENDER LOVING CARE ANIMAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | WELLS FARGO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ASSET ACCEPTANCE CORP | 212.05 | 212.05 | 0.00 | 0.00 |
|  | Total Unsecured | 3,406.93 | 3,406.93 | 0.00 | 0.00 |
|  | Grand Total: | 7,548.68 | 7,548.68 | 3,286.32 | 256.45 |

Total Paid Claimant:    $3,542.77  
Trustee Allowance:    $219.73  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008     By  /s/Heather M. Fagan